**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: T.S. | : | No. 487 WAL 2016 |
| | : | |
| | : | |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.